**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Hailey Cavanaugh, SBN 364567
hcavanaugh@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants
YUBA COUNTY SHERIFF DEPARTMENT; WENDELL ANDERSON; NOLAN PIANTA; BRYON BUGARIN; GARRY BURDICK; ARTHUR WILLIAMS; JESSIE SPIERS; SHAUN HAMMOND; DEPUTY E. JONES and DEPUTY PAREDES
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GROOMS, | CASE NO.: 2:26-cv-00794-JAM-SCR |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS DEFENDANTS** |
| v. | |
| YUBA COUNTY SHERIFF DEPARTMENT; WENDELL ANDERSON; NOLAN PIANTA; BRYON BUGARIN; GARRY BURDICK; ARTHUR WILLIAMS; JESSIE SPIERS; SHAUN HAMMOND; DEPUTY E. JONES; DEPUTY PAREDES and DOES 1-50, inclusive, | FAC: 05/28/2026<br>Complaint Filed: 8/23/24 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JUSTIN GROOMS ("Plaintiff") and Defendants YUBA COUNTY SHERIFF DEPARTMENT; WENDELL ANDERSON; NOLAN PIANTA; BRYON BUGARIN; GARRY BURDICK; ARTHUR WILLIAMS; JESSIE SPIERS; SHAUN HAMMOND; DEPUTY E. JONES and DEPUTY PAREDES ("Defendants"), by and through their

1

**STIPULATION AND ORDER TO DISMISS DEFENDANTS**

respective attorneys of record, as follows:

1. The third cause of action under the Bane Act asserted in the Plaintiff's First Amended Complaint shall be dismissed with prejudice as to Defendants Bryon Burgarin, Garry Burdick, Arthur Willaims, and Bonifacio Paredes.

2. The fifth cause of action for supervisory liability under 42 U.S.C § 1983 shall be dismissed with prejudice as to Defendant County of Yuba.

**IT IS SO STIPULATED.**

Dated:  June 30, 2026                               PORTER SCOTT
                                                    A PROFESSIONAL CORPORATION

                                                    By  /s/Hailey Cavanaugh
                                                        Matthew W. Gross
                                                        Hailey Cavanaugh
                                                        Attorneys for Defendants

Dated:  June 29, 2026                               Law Office of Gregory M. Guth

                                                    By  /s/Gregory M Guth (Authorized on 6/29/2026)
                                                        Gregory M. Guth
                                                        Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: July 01, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND ORDER TO DISMISS DEFENDANTS**